178    SUPREME COURT OF GEORGIA.

Cherry *vs.* The North and South Railroad Company—Fleming *vs.* Whitfield.

JACKSON, Justice.

## CHERRY *vs.* THE NORTH & SOUTH RAILROAD COMPANY.

After judgment in the superior court dismissing the action for want of service, and after affirmance of that judgment by this court, nothing remains to be done but to make the judgment of this court the judgment of that court.    Leave to reinstate the case in the superior court for the purpose of having the defendant duly served, and then proceeding with the action, will not be granted either before or after the *remittitur* is entered.    The case on the former writ of error is reported in 59 *Ga.,* 446.

BLECKLEY, Justice.

## FLEMING *vs.* WHITFIELD.

[WARNER, Chief Justice, was providentially prevented from presiding in this case.]

Where W. purchased a homestead which was set apart for a widow and minors out of the lands of a deceased father and husband, and sold to F., and where W's title from the widow made no reference to homestead, and where some of the heirs at law of the deceased husband and father were of full age when the homestead was set apart, and W. recovering judgment and issuing execution thereon for the purchase money levied upon the land, and F. filed a bill to restrain its sale until the equities of all parties could be settled, al—leging W's insolvency, and the cloud upon the title, and the fact that he had already paid the purchase money in part and was in danger of losing what he had already paid, and where the answer disputes the insolvency but shows no available property in W.:

*Held,* that unless the defendant W. give good security to be judged of by the chancellor for indemnifying the complainant F. against all loss, the injunction should be granted until the hearing, and all interested be made parties and the case be tried upon its merits.

JACKSON, Justice.